**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                            415.522.2000

**March 23, 2012**

CASE NUMBER:  CV 12-01318 EDL
CASE TITLE:  DOUGLAS WILLIAMS-v-DEPUY ORTHOPAEDICS INC

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Richard Seeborg** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RS** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/23/12

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                           Special Projects
Log Book Noted                                                  Entered in Computer 3/23/12 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                         Transferor CSA