ALEXANDER G. CALFO (SBN 152891)
 *ACalfo@yukelaw.com*
KELLEY S. OLAH (SBN 245180)
 *KOlah@yukelaw.com*
GABRIELLE ANDERSON-THOMPSON (SBN 247039)
 *ganderson-thompson@yukelaw.com*
YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 362-7777
Facsimile:     (213) 362-7788

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., DEPUY, INC.
*(erroneously sued as "DePuy Inc.")*; DEPUY
INTERNATIONAL LIMITED; JOHNSON &
JOHNSON; JOHNSON & JOHNSON
SERVICES, INC.; and JOHNSON & JOHNSON
INTERNATIONAL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS WILLIAMS and LINDA WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> DEPUY ORTHOPAEDICS, INC., DEPUY INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. CV12-01318-EDL <br><br> [~~PROPOSED~~] **ORDER RE STIPULATION TO STAY ALL PROCEEDINGS** |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs

DOUGLAS WILLIAMS and LINDA WILLIAMS and Defendants DEPUY ORTHOPAEDICS,

INC., DEPUY, INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON,

JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL

(hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in

1   this action; and upon good cause shown, it is hereby ORDERED that:

2        1.   The Parties' request for a stay of proceedings is GRANTED;

3        2.   All proceedings in this action are hereby stayed, pending the likely transfer of this

4             action to MDL 2244; and

5        3.   All deadlines, including any deadlines relating to a potential remand motion and

6             any outstanding responsive pleading, are extended until 30 days after the entry of a

7             joint Case Management Order in the MDL addressing remand briefing.

8        PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

9   Dated: __3/26_____, 2012

10                              Hon. Elizabeth D. Laporte
                               Richard Seeborg

11       Respectfully submitted by,

12

13  DATED: March 23, 2012              YUKEVICH CALFO & CAVANAUGH

14

15                              By:  /s/ Alexander G. Calfo

16                                   Alexander G. Calfo
                                     Kelley S. Olah

17                                   Gabrielle Anderson-Thompson
                                     Attorneys for Defendants DEPUY

18                                   ORTHOPAEDICS, INC., DEPUY, INC.
                                     (erroneously sued as "DePuy Inc."); DEPUY

19                                   INTERNATIONAL LIMITED; JOHNSON &
                                     JOHNSON; JOHNSON & JOHNSON

20                                   SERVICES, INC.; and JOHNSON & JOHNSON
                                     INTERNATIONAL

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788