1  ALEXANDER G. CALFO (SBN 152891)
     *ACalfo@yukelaw.com*
2  KELLEY S. OLAH (SBN 245180)
     *KOlah@yukelaw.com*
3  GABRIELLE ANDERSON-THOMPSON (SBN 247039)
     *ganderson-thompson@yukelaw.com*
4  YUKEVICH CALFO & CAVANAUGH
   355 S. Grand Avenue, 15th Floor
5  Los Angeles, CA  90071-1560
   Telephone:     (213) 362-7777
6  Facsimile:     (213) 362-7788

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC., DEPUY, INC.
8  *(erroneously sued as "DePuy Inc.")*; DEPUY
   INTERNATIONAL LIMITED; JOHNSON &
9  JOHNSON; JOHNSON & JOHNSON
   SERVICES, INC.; and JOHNSON & JOHNSON
10 INTERNATIONAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS WILLIAMS and LINDA WILLIAMS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DEPUY ORTHOPAEDICS, INC., DEPUY INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL; THOMAS P. SCHMALZRIED, M.D., A PROFESSIONAL CORPORATION, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. CV12-01318-EDL<br><br>[~~PROPOSED~~] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS |

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs DOUGLAS WILLIAMS and LINDA WILLIAMS and Defendants DEPUY ORTHOPAEDICS, INC., DEPUY, INC., DEPUY INTERNATIONAL LIMITED, JOHNSON & JOHNSON, JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in

1  this action; and upon good cause shown, it is hereby ORDERED that:

2      1.    The Parties' request for a stay of proceedings is GRANTED;

3      2.    All proceedings in this action are hereby stayed, pending the likely transfer of this action to MDL 2244; and

5      3.    All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: _3/26_____, 2012

Hon. ~~Elizabeth D. Laporte~~
Richard Seeborg

Respectfully submitted by,

DATED: March 23, 2012        YUKEVICH CALFO & CAVANAUGH

By:  */s/ Alexander G. Calfo*
     Alexander G. Calfo
     Kelley S. Olah
     Gabrielle Anderson-Thompson
     Attorneys for Defendants DEPUY ORTHOPAEDICS, INC., DEPUY, INC. (erroneously sued as "DePuy Inc."); DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; and JOHNSON & JOHNSON INTERNATIONAL

YUKEVICH CALFO & CAVANAUGH
355 S. GRAND AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788